# United States Bankruptcy Court
### Eastern District of North Carolina Greenville Division

1101003
JENNIFER K. BENNINGTON
PO BOX 1907
ATTORNEY AT LAW
WILSON, NC 27894-1907

IN RE
DAVID S. BELL
2109 CHELSEA DRIVE

WILSON, NC 27896

SSN or Tax I.D. XXX-XX-3471

United States Bankruptcy Court
PO Box 791
Raleigh, NC 27602

Other Names Used:

CLAIM NO:  -Court-A       Unit

## MOTION TO DISMISS

The undersigned Chapter 13 Trustee moves the Court to dismiss the above case for the following reason(s):

FAILURE TO MODIFY PLAN.

The debtor is hereby notified that if a written response is not filed by the debtor(s) with the Trustee and the Clerk,
United States Bankruptcy Court and a request for hearing within twenty-one (21) days of the date of this motion,
then the Court will summarily rule on said motion without further notice.

DATED:   March 31, 2015                 /S/ Richard M. Stearns

Richard M. Stearns, Trustee

| | | | | Page 1 of 1 |
|---|---|---|---|---|
| CASE: 1101003 | TRUSTEE: 54 | COURT: 278 | | |
| TASK: 03-30-2015.00775194.BLB012 | | DATED: 03/31/2015 | | |

Court  Served Electronically

Debtor  DAVID S. BELL  2109 CHELSEA DRIVE
  WILSON, NC 27896

799  000002  JENNIFER K. BENNINGTON  PO BOX 1907
  ATTORNEY AT LAW  WILSON, NC 27894-1907

3 NOTICES

THE ABOVE REFERENCED MOTION WAS MAILED TO EACH OF THE ABOVE ON 03/31/2015.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON  03/31/2015  BY  /S/EPIQ Systems, Inc.

*CM - Indicates motion served via Certified Mail